IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LESLIE GOOD,**

      **Plaintiff,**

**vs.**                                                  **Case No.: 2:14-cv-508**
                                                               **JUDGE SMITH**
                                                               **Magistrate Judge King**

**FFCC COLUMBUS, INC.,**
**d/b/a CHOICE RECOVERY, INC.,**

      **Defendant.**

## ORDER

On January 26, 2016, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that this case be dismissed for failure to prosecute.  (*See* Doc. 51). Plaintiff was ordered to provide a written statement of her intention to pursue this litigation and failed to do so.  She was warned that failure to do so would result in dismissal of her claims.

The parties were specifically advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Order and Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby dismissed for failure to prosecute.

The Clerk shall remove Document 51 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

                                                            */s/ George C. Smith*
                                                            **GEORGE C. SMITH, JUDGE**
                                                            **UNITED STATES DISTRICT COURT**